UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO **00 - 6208** CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

IN RE: MOTION TO SEAL            )
INDICTMENT FGJ 99-01            )
_____ )



### MOTION TO SEAL

COMES NOW the United States of America, by and through its undersigned Assistant

United States Attorney, hereby requests that this Motion, Order to Seal, the Indictment, Penalty

Sheets, Certificate of Trial Attorney, Arrest Warrant, and Bond Recommendation Sheet be filed

under seal (except for copies to be used by law enforcement personnel during execution of their

official duties in the investigation) until the arrest of the defendant in order to precent the defendant

from fleeing upon learning that the indictment has been filed.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:  _____

BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7255

