BTB:vlf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6208**

18:228(a)(1)
18:228(a)(3)

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
         Plaintiff, )
)
vs. )
)
ANGELO P. LETO )
)
         Defendant. )
_____ )

FILED by _____ D.C.
AUG 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

Beginning in or about September, 1995 and continuing to July, 1998, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

ANGELO P. LETO,

a resident of Broward County, Florida, willfully failed to pay a past due support obligation for the support and maintenance of two children residing in Hampton, Virginia and to the parent with whom the children lived, said obligation having been determined by the Broward Circuit Court, Broward County, Florida, in Case No.95-05774(35/90) and which remained unpaid for a period longer than one year and was greater than $5,000.

All in violation of Title 18, United States Code, Section 228(a)(1).

<u>COUNT II</u>

Beginning in or about July 1998 and continuing to present, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

ANGELO P. LETO,

a resident of Broward County, Florida, willfully failed to pay a past due support obligation for the support and maintenance of two children residing in Hampton, Virginia and to the parent with whom the children lived, said obligation having been determined by the Broward Circuit Court, Broward County, Florida, in Case No.95-05774(35/90) and which had remained unpaid for a period longer than two years and was greater than $10,000.

All in violation of Title 18, United States Code, Section 228(a)(3).

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| ANGELO P. LETO | |
| _____ | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)      Yes ____    No ____
Number of New Defendants   ____
Total number of counts     ____

___ Miami  ___ Key West
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) NO_____
   List language and/or dialect  _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                     (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I   | 0 to 5 days   | _X_ | Petty   | ___ |
   | II  | 6 to 10 days  | ___ | Minor   | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV  | 21 to 60 days | ___ | Felony  | _X_ |
   | V   | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO___
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) NO_____

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No   If yes, was it pending in the Central Region? _X_ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _x_ No

_____
BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

*Penalty Sheet(s) attached                                    REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: __Angelo P. Leto__   No.: _____

Count #I:
Failure to pay child support; in violation of 18:228(a)(1)

*Max Penalty: Not more than 6 months' imprisonment and $10,000 fine

Count #II:
Failure to pay child support, in violation of 18:228(a)(3)

*Max Penalty:   Not more that 2 years' imprisonment and $250,000 fine

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

No. _____

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

ANGELO P. LETO

## INDICTMENT

18 USC 228(a)(1)
18:228(a)(3)

A true bill.

_____
*Foreperson*

Filed in open court this _____ day,

of _____ A.D. 19 ___

_____
*Clerk*

Bail, $ _____