## *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

ANGELO P. LETO

**WARRANT FOR ARREST**

CASE NUMBER: **00-6208**

TO: **The United States Marshal
and any Authorized United States Officer**

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest ___ANGELO P. LETO___

Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment | | |Information | | |Complaint | | |Order of court | | |Violation Notice | | |Probation Violation Petition

**charging him or her with** (brief description of offense)

**FAILURE TO PAY COURT ORDERED CHILD SUPPORT**

in violation of Title _18_ United States Code, Section(s) _228_

Clarence Maddox                                             Court Administrator/Clerk of the Court

Name of Issuing Officer                                     Title of Issuing Officer

*(signed) Penny Butler*                                     08/01/00 at Fort Lauderdale, Florida
Signature of Issuing Officer                                Date and Location

BSS

Bail fixed at $ 100,000 personal surety    by **BARRY S. SELTZER, MAGISTRATE JUDGE**
bond - Do Not Lodge Overnight!             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**BOND RECOMMENDATION**

**ANGELO P. LETO**
Defendant

$100,000 PSB is recommended.

By: _____
BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES FEDERAL COURTHOUSE
500 E. BROWARD BOULEVARD, 7TH FL
FT. LAUDERDALE, FLORIDA 33394
FLORIDA BAR NO. 999490
TELEPHONE: (954)356-7255
FACSIMILE: (954)356-7336

Agent(s):         **Special Agent Bernardo Rodriguez (HHS)**
                  (FBI)  (SECRET SERVICE) (DEA) (IRS) (CUSTOMS)  (OTHER)