# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA   494891

FILED BY

UNITED STATES OF AMERICA

V.

ANGELO P. LETO

**WARRANT FOR ARREST**

CASE **00-6208**
CR-DIMITROULEAS
MAGISTRATE JUDGE
SNOW

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __ANGELO P. LETO__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

**charging him or her with** (brief description of offense)

**FAILURE TO PAY COURT ORDERED CHILD SUPPORT**

in violation of Title __18__ United States Code, Section(s) __228__

Clarence Maddox _____  Court Administrator/Clerk of the Court
Name of Issuing Officer                  Title of Issuing Officer

_Jenny Sutley_                           08/01/00 at Fort Lauderdale, Florida
Signature of Issuing Officer             Date and Location

BSS

Bail fixed at $ 100,000 personal surety  by BARRY S. SELTZER, MAGISTRATE JUDGE
bond - Do Not LODGE OVERNIGHT !           Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| Tampa, FL |

| DATE RECEIVED 8/1/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br>_signature_<br>Sabrina Livingston, ASDUSM |
|---|---|---|
| DATE OF ARREST 6/27/01 | | |