## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | ANGELO P. LETO (surr) | CASE NO: | 00-6208-CR-Dimitrouleas |
| AUSA: | BRUCE BROWN | ATTY: | |
| AGENT: | | VIOL: | |
| PROCEEDING: | INITIAL APPEARANCE | RECOMMENDED BOND: (bond set in district of arrest) |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED
INTAKE
JUL 2 - 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
SD OF FLA - FT. LAUD

A - appeared ...
asked on behalf of
Atty. Dan Caruso —
to continue
I/A until 7/9

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed; or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/~~ARRAIGN~~ OR REMOVAL: | | | | |
| ~~STATUS CONFERENCE~~: I/A — | 7/9 | 11:00 am | BSS | ✓ |

DATE: 7-2-01  TIME: 11:00am  TAPE # 01- 041  Begin 2500  End: 0
2515