UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

7-2-01

UNITED STATES OF AMERICA

vs

CASE No. _OO-6208-CR-Dimitrouleas_

_Angelo P. Leto_,

ORDER

THIS CAUSE is before the Court upon oral motion of the Government to unseal the Indictment / ~~Complaint~~ in the above-named case. The Government's motion is GRANTED and it is hereby

ORDERED AND ADJUDGED that the Indictment / ~~Complaint~~ be unsealed as to all defendants.

DONE AND ORDERED at Ft. Lauderdale, Florida, this _2_ day of _July_, 20_01_.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE