cr-06208-WPD   Document 9   Entered on FLSD Docket 07/06/2001   Pa

**UNITED STATES DISTRICT COURT**
**Middle District of Florida**
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Richard D. Sletten, Clerk
Lisa Rosenthal, Chief Deputy Clerk
(813) 301-5472

**July 2, 2001**

Cindy Rauback
Tampa Division Manager
(813) 301-5460

**CLERK, U.S. DISTRICT COURT**
**Southern District of Florida**
**299 East Broward Boulevard**
**Ft. Lauderdale, FL 33301**

    RE:   **United States of America v. Angelo P. Leto**
           **Our Case No. 01-282-MJ**
           **Your Case No. 00-6208-CR-DIMITROULEAS**

Dear Sir:

     Enclosed herewith are the following documents in the above styled cause which has been transferred to your jurisdiction pursuant to Rule 40:

(X)        Original Magistrate Judge case documents

( )        Certified file (pertinent papers only)

(X)        Bond paperwork consisting of appearance bond and order of release.

     Kindly acknowledge receipt of this letter on the copy provided. Thank you.

Very truly yours,

SHERYL L. LOESCH, CLERK

BY: 

**Enclosures**.
Trisha M. Waller, Deputy Clerk

*******************************************************************************

*THE ABOVE FILE HAS BEEN RECEIVED*

_____     _____
*(Date)*     *(Signature)*



```
                                                              CLOSED
                       U.S. District Court
                 Middle District of Florida (Tampa)

           CRIMINAL DOCKET FOR CASE #: 01-M -282-ALL

USA v. Leto                                         Filed: 06/28/01
Dkt# in other court: None

Case Assigned to:  Magistrate Judge Elizabeth A. Jenkins

ANGELO P. LETO (1)
    defendant
 [term  07/02/01]


Pending Counts:

   NONE


Terminated Counts:

   NONE



Complaints:

   NONE


U. S. Attorneys:

  Maria S.L. Chapa
  [COR LD NTC]
  U.S. Attorney's Office
  Middle District of Florida
  400 N. Tampa St., Suite 3200
  Tampa, FL 33602
  USA
  813/274-6000
```

```
Proceedings include all events.
8:01m 282-ALL USA v. Leto
                                                          CLOSED
6/28/01  --       ARREST (RULE 40) of Angelo P. Leto on Southern District of
                  Florida charge(s) of failure to pay court ordered child
                  support. (tmw) [Entry date 06/28/01]

6/28/01   1       INITIAL APPEARANCE held on 6/28/01 before Magistrate Judge
                  Elizabeth A. Jenkins as to Angelo P. Leto  Bond set to
                  $50,000 Signature for Angelo P. Leto  Tape: 45/524-855
                  Defendant(s) informed of rights.  Defendant waives
                  identity.  Court directs defendant to appear before Judge
                  Barry Seltzer on 7/2/01 at 11:00 in the Southern District
                  of Florida for further proceedings. (tmw)
                  [Entry date 06/28/01]

6/28/01   2       ORDER of removal pursuant to Rule 40 as to Angelo P. Leto
                  ( Signed by Magistrate Judge Elizabeth A. Jenkins ) ctc (tmw)
                  [Entry date 06/28/01]

6/29/01   3       APPEARANCE BOND (signature) for Angelo P. Leto in the
                  amount of $50,000. ( Signed by Magistrate Judge Elizabeth
                  A. Jenkins ) (cdm) [Entry date 06/29/01]

6/29/01   4       ORDER setting conditions of release Bond set to $50,000.
                  signature for Angelo P. Leto. ( Signed by Magistrate Judge
                  Elizabeth A. Jenkins ) (cdm) [Entry date 06/29/01]

7/2/01    5       TRANSFER (RULE 40) to Southern District of Florida as to
                  Angelo P. Leto   Terminated defendant Angelo P. Leto. (tmw)
                  [Entry date 07/02/01]
```

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

01 JUN 29 PH 2: 01

**UNITED STATES OF AMERICA**

v.                                    **CASE NO. 01-282-MJ**

**ANGELO P. LETO**

### ORDER OF RELEASE

It is hereby ORDERED:

1. That the conditions of release are hereby established as set forth below.

2. That the United States Marshal is hereby directed to release the above named defendant upon his/her agreement, in writing, to comply with the following conditions of release.

DONE and ORDERED at Tampa, Florida this ___28th___ day of June, 2001.

ELIZABETH A. JENKINS
UNITED STATES MAGISTRATE JUDGE

### CONDITIONS OF RELEASE

1. The defendant must appear before the Court in accordance with all notices.

2. The defendant must not at any time, for any reason whatsoever, leave the Middle District of Florida without first obtaining written permission of the United States District Court for the Middle District of Florida or the district court where criminal charges are pending. Travel enlarged to the Southern District of Florida.

3. The defendant must not change his/her present address without: ( X ) prior court approval; ( ) first advising in writing the Clerk of the Court for the Middle District of Florida.

4. The defendant shall not commit a federal, state or local crime during the period of his/her release. The defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. § 1503); conduct

4

relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. § 1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing acts.

5. SPECIAL CONDITIONS OF DEFENDANT'S RELEASE. (Check only those applicable.)

__X__ Report to Pretrial Services as directed.

__X__ Shall appear before the Hon. Barry Seltzer on **July 2, 2001 at 11:00 a.m.** in the United States District Court for the Southern District of Florida for further proceedings.

__X__ Submit to any method of testing required by the Pretrial Services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing; **and/or** participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

_____ To remain in the Third Party Custody of _____.

_____ To surrender passport to Pretrial Services/Clerk of Court.

_____ Shall maintain suitable, lawful employment as approved by Pretrial Services.

_____ Shall not operate a motor vehicle after consumption of any alcoholic beverages.

_____ Shall not ride in any private aircraft or ocean going vessel.

__X__ Shall not obtain a passport.

_____ Shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

( ) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or

( ) **Home Detention.** You are restricted to your residence at all times except

for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

( ) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

6. A violation of any of the above conditions may result in the immediate issuance of a warrant for the defendant's arrest and may result in a forfeiture of the bond previously given.

   Further, upon re-arrest, the defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established.

   Moreover, a person who violates his/her conditions of release may be prosecuted for contempt of Court.

7. A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he/she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with --

   (a) an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

   (b) an offense punishable by imprisonment for a term of five or more years, but less than -15 years, the penalties for failure to appear are a fine of not more than $250,000 or imprisonment for not more than five years, or both;

   (c) any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

   (d) a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph ( ), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

Any term of imprisonment for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense which is committed while the defendant is released under these conditions of release shall be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

Signed at Tampa, Florida, this ___28th___ day of June, 2001.

_____     _____ 6/28/01
WITNESS  DUSM                       DEFENDANT

1.  The Middle District of Florida consists of the following Florida Counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

2.  The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813/301-5400 and 801 North Florida Avenue, United States Courthouse, Tampa, Florida 33602.

3.  The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: 813/274-6401.

4.  The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are: 813/274-6000; Park Tower, Suite 3200, 400 N. Tampa Street, Tampa, Florida 33602.

5.  The commercial telephone number of the United States Pretrial Services Agency, is 813/225-7648, and the toll-free number is 1/800/676-0125.

6.  **NOTICE TO COUNSEL AND DEFENDANT**: in cases assigned to United States Magistrate Judge Elizabeth A. Jenkins, any requests to travel outside the area set forth in this document must be submitted at least three (3) **BUSINESS** days prior to the date upon which travel is expected to begin. Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED

01 JUN 29 PM 2:01

UNITED STATES OF AMERICA

v.

**APPEARANCE BOND**

CASE NO. 01-282-MJ

ANGELO P. LETO

**Non-surety:** I, the undersigned defendant acknowledge that I am bound to pay to the United States of America the sum of **$ 50,000 (signature).**

The conditions of this bond are that the defendant, **ANGELO P. LETO,** is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on **June 28, 2001**, at Tampa, Florida.

DEFENDANT: _____  ADDRESS: 4200 Sheridan St #403
Angelo P. Leto                                    Hollywood Fl, 33021
                                                  Ph. # 954-987-7646

Signed and acknowledged before me on **June 28, 2001**.

_____
Deputy U.S. Marshal  DUSM

Approved: _____                _____
ELIZABETH A. JENKINS, U.S. MAGISTRATE JUDGE      Deputy Clerk as to

FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

01 JUN 28 PM 6: 30

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

**UNITED STATES OF AMERICA**

vs.                                                                 Case No. 01-282-MJ

**ANGELO P. LETO**

---

### ORDER OF REMOVAL

The defendant, **ANGELO P. LETO**, having been apprehended in the Middle District of Florida, Tampa Division, on a warrant issued in the Southern District of Florida and subsequently having been released on bond, the Defendant is hereby,

ORDERED to personally appear before the Hon. Barry Seltzer for further proceedings on **July 2, 2001 at 11:00 a.m.** in the United States District Court for the Southern District of Florida, Ft. Lauderdale, FL.

DONE and ORDERED at Tampa, Florida this ___28th___ day of June, 2001.

ELIZABETH A. JENKINS
United States Magistrate Judge

Copies to:
  Counsel of Record
  Angelo P. Leto
  U.S. Pretrial Services
  U.S. Marshal

UNITED STATES DISTRICT COURT
**MIDDLE DISTRICT OF FLORIDA**
TAMPA DIVISION

FILED

# CLERK'S MINUTES
## MAGISTRATE JUDGE ELIZABETH A. JENKINS

01 JUN 28 PM 6:30

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

DATE: 6/28/01　　　　　　　　　INTERPRETER: N/A
　　　　　　　　　　　　　　　　　Language: _____

CASE NO: 01-282-MJ

U.S.A. vs. ANGELO P. LETO

GOVT COUNSEL: MARIA CHAPA　　　DEFT COUNSEL: AFPD ALEC HALL (-N-    )

COURT REPORTER: N/A　　　　　DEPUTY CLERK: Trish Waller

PROCEEDINGS: (INITIAL APPEARANCE) DETENTION OR BOND HEARING  (Rule 40)
- ✓ Deft provided w/copy of _Indictment_
- ✓ ARREST DATE: 6-28-01
- ✓ Court summarized charges
- ✓ Court advises of Deft's Rule 5 rights
- ___ Financial Affidavit submitted for approval
- ___ FPD appointed for all purposes including trial ___ CJA counsel to be appointed
- ___ FPD appointed w/Deft to pay ___
- ___ Deft to retain counsel by ___
- ✓ Govt position on release or detention $100,000 Signature
- ___ Pretrial Services Officer on background report
- ✓ Deft comments on background report
- ___ Deft requests continuance to prepare for detention hearing
- ___ Govt requests continuance to prepare for detention hearing
- ___ Court grants Motion for Continuance. Detention hearing set for ___
- ___ Court: Order of Temporary Detention pending hearing
- ___ Court: Order of Detention Pending Trial
- ✓ Court: Orders Bond set at $50,000 Signature
  - ✓ Residence/travel restricted to Middle District of Florida (Cal. to So. D. ST. of Fla.)
  - ✓ Pretrial Services Supervision
  - ___ No drugs, firearms, alcohol  ✓ No change of address w/out Court approval
  - ___ Maintain/seek employment
  - ✓ Urinalysis testing as required by Pretrial Services
  - ___ Passport to be surrendered to Pretrial Services
  - ✓ Obtain no passport
  - ___ Pilot's license to be surrendered
- ___ Deft requests/waives Preliminary Examination

Comments: D waives identity. Court directs D to appear before Judge Barry Seltzer in Ft. Lauderdale on 7/2/01 @ 11:00 for further proceedings.

Hearing Time: 4:40 - 4:48　　Room: 11A　　Tape: 45/524-855