## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: ANGELO LETO (surrender)     CASE NO: 00-6208-CR-Dimitrouleas
AUSA: Bruce Brown / Ed Ryan       ATTY: Dan Carusi  present
AGENT:                            VIOL:
PROCEEDING: Initial Appearance    RECOMMENDED BOND:
BOND HEARING HELD: (yes) no       COUNSEL APPOINTED:
BOND SET @: $50,000 PSB           To be co-signed by:

FILED
JUL 9 - 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

conditions set in district of arrest

☑ Do not violate any law.
☐ Appear in court as directed.
☐ Surrender and / or do not obtain passports / travel documents.
☐ Rpt to PTS as directed, or ___ x's a week/month by phone; ___ x's a week/month in person.
☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
☐ Maintain or seek full - time employment.
☑ No contact with victims / witnesses. — Can be in contact w/ children & mother of children except to discuss this charge
☑ No firearms.
☐ Curfew:
☑ Travel extended to: SDFL State of FL
☑ Reside at current address.
☐ Halfway House

X - advised of charge
X - sworn

Reading of indictment waived
[illegible] entered
[illegible]
[illegible]

NEXT COURT APPEARANCE:   DATE:        TIME:        JUDGE:    PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:  7-24-01    11:00am    Dimit(?)

DATE: 7-9-01  TIME: 11:00am  TAPE # 01- 046  Begin: 2560  End: 30