

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6208-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Angelo Leto

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 7-9-01 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address:_____ See Bond _____

_____

Telephone:_____

DEFENSE COUNSEL:     Name:_____ Daniel Carusi _____

Address:_____

_____

Telephone:_____

BOND SET/CONTINUED:  $____ 50,000 PSB _____

Bond hearing held:  yes_X__  no____  Bond hearing set for_____

Dated this___9____day of ____July_____, 20_01_.

CLARENCE MADDOX, CLERK OF THE COURT,

By_____

Deputy Clerk

Tape No._____01-046_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

