UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
INTAKE
JUL 9 - 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

CASE NO. _00-6208-CR_
_Dimitrouleas_

UNITED STATES OF AMERICA,

v.

_Angelo Leto_

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

COMES NOW, _DANIEL S. CARUSI_, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: _7·9·01_

Attorney _Daniel S Carusi_
Address _517 SW 1 Ave_
City _Ft Lauderdale_ State _Fla_ Zip _33301_
Telephone _954 527-0101_
Florida Bar No. _503551_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

x _____

