HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __ALEXANDER LASNAUD_____ CASE NO: ~~01-8092-CR-DIMITROULEAS~~

AUSA __TERRY THOMPSON__ *pres*  ATTY __MAURICE GRAHAM__ *pres*

*Disc handed out in open court.*
*M/due Aug 7*  01-036 p 2218

DEFT __ANGELO LETO_____ CASE NO: __00-6208-CR-DIMITROULEAS__

AUSA __BRUCE BROWN__ / *Washington* ATTY __DAN CARUSI__ - *pres*

*Disc out - No pending motions @ 2292*
*Pass plea  M/due Aug 8.*

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DATE __7/24/01_____ TIME __11:00_____

