UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6208-CR-DIMITROULEAS

UNITED STATES OF AMERICA,         :

       Plaintiff,                :

v.                                :

ANGELO LETO,                      :

       Defendant.                :
_____

FILED by _____ D.C.

AUG - 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

       A status conference was held in this cause on July 24, 2001. At that conference, the parties informed the Court as follows:

       1. Discovery has been sent, but not yet received. Counsel for the defendant shall have until August 8, 2001, within which to file pretrial motions.

       2. This case may be resolved by way of a plea.

       DATED at Fort Lauderdale, Florida, this 1st day of August, 2001.

                                                            Lurana S. Snow
                                            _____
                                            LURANA S. SNOW
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bruce Brown (FTL)
Dan Carusi, Esq.

