**CRIMINAL MINUTES**

FILED _____ D.C.
AUG 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 01-6208-CR-WPD    DATE: August 10, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Angelo Leto

U.S. ATTORNEY: Bruce Brown / Dana Washington for ↑    DEFT. COUNSEL: Daniel Carusi

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to Enter Guilty Plea. As to Count 1.

CASE CONTINUED TO: 10/19/01    TIME: 10:45    FOR Sentencing
MISC: Written Plea Agreement filed.