# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6208-CR-WPD       DATE: October 19, 2001

COURTROOM CLERK: Karen A. Carlton       COURT REPORTER: Bob Ryckoff

PROBATION: Kathryn Gomez       INTERPRETER: _____

UNITED STATES OF AMERICA       VS.       Angelo Leto

U.S. ATTORNEY: Bruce Brown       DEFT. COUNSEL: Daniel Carusi

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: Restitution in amount of $33,034.00 (to be paid during prob) 5 years probation, 50 hours per year of community service for a total of 250 hours. No fine, $10 assessment. Deft not to visit any gambling establishments while on probation.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: W-1 Maria Appuzzo-Leto, witness
W-2 Victoria Sinara, witness (atty for witness #1)