USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case                                     Page 1 of 5

# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

FILED by _____ D.C.

OCT 2 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Offenses Committed On or After November 1, 1987) |
| v. | Case Number: 00-6208-CR-WPD |
| ANGELO P. LETO | |
| | Counsel For Defendant: Daniel Carusi, Esq. |
| | Counsel For The United States: Bruce Brown, AUSA |
| | Court Reporter: Robert Ryckoff |

The defendant pleaded guilty to Count 1 of the Indictment. Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 USC 228 (a)(1) | Failure to Pay Child support | 7/30/1998 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count(s) 2 dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No 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
Defendant's Date of Birth: 4/4/1960
Deft's U.S. Marshal No.: 39748-018

Date of Imposition of Sentence:
October 19, 2001

Defendant's Mailing Address:
4200 Sheridan Street
Hollywood, FL 33021

Defendant's Residence Address:
4200 Sheridan Street
Hollywood, FL 33021

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 10/22/01

WILLIAM P. DIMITROULEAS
United States District Judge

October 22, 2001

No further action required by the U.S. Marshals Service.

Edward Stubbs

Acting UNITED STATES MARSHAL

Robert D. Sadie, BDUSM

John Walker, AsousM