PROB 12B  
(SD/FL 9/96)  
SD/FL PACTS No. 69035




# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-06208-CR-DIMITROULEAS

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: LETO, Angelo P.

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, Judge, U.S. District Court, Southern District of Florida

Date of Original Sentence: October 19, 2001

Original Offense: 18 U.S.C. §228 (a)(1) Failure to Make Child Support

Original Sentence: Five Years Probation, special condition 50 hours of community service per year. Restitution in the amount of $33,034.

Type of Supervision: Probation                Date Supervision Commenced: October 19, 2001

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _ years, for a total term of _ years.
[X]   To modify the conditions of supervision as follows:

"The defendant shall pay restitution at the rate of $50 per month until such time as the Court may alter the payment schedule in the interest of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay"



PROB 12B                                                                                                                                SD/FL PACTS No. 69035
(SD/FL 9/96)

# CAUSE

     A financial investigation was conducted by the undersigned officer, to determine what amount the defendant could afford to pay monthly on his restitution balance. The defendant has reported the household income and expenses on a monthly basis. The report was compared to the documentation provided by the defendant, as well as the credit report obtained with the defendant's permission, and the expenses were adjusted accordingly. Since the onset of his supervision, the defendant has consistently made payments of between $100.00 to $450.00 monthly toward his restitution. To date, the defendant has paid $4698.50. The financial analysis conducted by the U.S. Probation Department determined the defendant no longer has the ability to make a payment of more than $50.00 per month. Currently the defendant has a child support agreement in place ( Broward Circuit Court case# 96-001036 42/93 which require monthly payments of $800.00). The defendant is in agreement with the decrease in payment, as reflected on the Waiver of Hearing signed by Mr. Leto. The new payment schedule will commence on April 1, 2003. As such, it is respectfully requested that Your Honor sign the attached Petition for Probation Action, modifying the conditions of probation as indicated above.

Respectfully submitted,

by _____
Randel Frimet
U.S. Probation Officer
Phone: 561-999-4817
Date: March 11, 2003

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

March 19, 2003
_____
Date